**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Sam J. Chellino Crane Rental, Inc.,[1] | ) | Case No. 17-14204 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | Hon. Janet S. Baer |

**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE UNDER BANKRUPTCY RULE 1019(5)**

**I. Cash**

(a) Cash balance on hand at date of conversion:      N/A

**II. Accounts Receivable**

(a) Total amount due to the Debtors from other entities or individuals at date of conversion:      N/A

**III. Accounts Payable**

(a) Total unpaid debts incurred during chapter 11 cases:      $21,498.01

(b) See attached **Exhibit A** for all unpaid debts incurred during the chapter 11 cases, including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including prepetition debts.

**IV. Original Chapter 11 Assets**

The Debtors sold substantially all of their assets during the chapter 11 cases, approved by the Court's *Order (I) Approving the Asset Purchase Agreement Among Seller and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection therewith and, (IV) Granting Related Relief* (the "*Sale Order*"). (Dkt. 553.)

**V. New Chapter 11 Assets**

The Debtor did not acquire assets during the chapter 11 case that it (a) disposed of during the chapter 11 cases, or retained as of the date of conversion to chapter 7 cases.

**VI. Executory Contracts and Unexpired Leases**

During the Chapter 11 Cases, the Debtors sold substantially all their assets, and assumed and assigned numerous contracts under the terms of the Court's *Order (I) Approving Bidding*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: CC Equipment, Inc. f/k/a Chellino Crane, Inc. (6804); Sam J. Chellino Crane Rental, Inc. (0830); G & B Equipment, LLC (0688); Chellino/Industrial Park Family Limited Partnership (1246); and Chellino Industrial Management, Inc. (0691).

1

*Procedures in Connection with the Sale of Substantially all Assets of Debtor Chellino Crane, Inc. and all Related Real Estate Owned by Debtor Chellino Crane, Inc.; (II) Scheduling a Hearing to Consider the Sale of Assets; and (III) Approving the Form and Manner or Notice Thereof;* (Dkt. 457) and the Sale Order. These contracts and leases were identified for the Court by the Debtors as called for under these orders.

The Debtors filed two motions to reject executory contracts and unexpired leases on the docket of the lead case (Case No. 17-14200) during the chapter 11 cases. (Dkts. 114, 592.) Each of these motions were granted by the Court after notice and a hearing on each. (Dkts. 181, 611.)

## VII. Payments to Insiders During the Chapter 11 Cases:

See attached **Exhibit B** for a schedule of payments made to insiders of the Debtor during the chapter 11 case, including the name of the individual or entity paid, the amount paid, and purpose of such payment.

The Final Report above, consisting of two pages and two exhibits has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: 2-20-18      By: _____
Sam J. Chellino Crane Rental, Inc.
Greg Chellino
President

# Exhibit A

## *Unpaid Debts Report*

**Sam J. Chellino Crane Rental, Inc.**

## Accounts Payable Detail

Detail Estimate as of Conversion Date

| Party | Address | City | State | Zip | Owed |
|---|---|---|---|---|---:|
| Aflac | 1932 Wynnton Road | Columbus | GA | 31999-0797 | $ 419.70 |
| Dept. Workforce Development - Div. Unemployment Insurance - State of Wisconsin | P.O. Box 8914 | Madison | WI | 53708-8914 | $ 357.92 |
| Indiana Department of Revenue | P.O. Box 1028 | Indianapolis | IN | 46206-1028 | $ 16,416.24 |
| Principal Financial Group | P.O. Box 10372 | Des Moines | IA | 50306-0372 | $ 214.60 |
| UnitedHealthcare | UHS Premium Billing; P.O. Box 94017 | Palatine | IL | 60094-4017 | $ 3,307.15 |
| Wisconsin Department of Revenue | 2135 Rimrock Road; P.O. Box 8902 | Madison | WI | 53708-8902 | $ 782.40 |
| **Total** | | | | | **$ 21,498.01** |

*Address information for parties above with unlisted addresses held by Debtors' asset purchaser.

# Exhibit B

*Payments to Insiders Report*

## Sam J. Chellino Crane Rental, Inc.

### Insider Payments

Detail Estimate as of Conversion Date

| Name | | Amount |
|---|---|---:|
| Frank Chellino, Jr. | $ | 65,959.32 |
| Blake Chellino | $ | 54,959.32 |
| Greg Chellino | $ | 105,676.99 |
| Keith Chellino | $ | 50,933.17 |
| Wesley Chellino | $ | 80,676.80 |
| **Total** | **$** | **358,205.60** |

Notes:
(1) amounts above represent net payroll and expense reimbursements paid to employee-insiders